IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW MEXICO

| | |
|---|---|
| HUMAN RIGHTS DEFENSE CENTER,<br>a not-for-profit corporation,<br><br>                        Plaintiff,<br>v.<br><br>(1) SANTA FE COUNTY, NM;<br><br>(2) DEREK WILLIAMS, Warden,<br>individually and in his official capacity;<br><br>(3) MICHAEL OLIVER, Deputy Warden,<br>individually and in his official capacity;<br><br>(4) CARLOS MARKMAN-LOPEZ, Major,<br>individually and in his official capacity; and<br><br>(5) JOHN AND JANE DOES 1-10, Staff,<br>individually and in their official capacities,<br><br>                        Defendants. | Case No.: 18-CV-00305<br><br>**NOTICE OF GOOD STANDING** |

I, LAURA SCHAUER IVES, a partner at the law firm of Kennedy Kennedy and Ives, and local counsel in the above entitled matter, hereby state:

1. Out of district attorney Bruce E.H. Johnson is an attorney in Good Standing with the state bars of California and Washington.

I declare that these facts are true and correct to the best of my knowledge and belief.

Dated: April 16, 2018

                                        Respectfully Submitted,

                                        KENNEDY KENNEDY & IVES

                                        /s/ *Laura Schauer Ives*
                                        Laura Schauer Ives
                                        *Attorney for Plaintiff*
                                        1000 2nd Street NW
                                        Albuquerque, NM  87102

2

(505) 244-1400 / Fax (505) 244-1406
lsi@civilrightslaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 16, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

*/s/ Laura Schauer Ives*
Laura Schauer Ives

2